<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AARON CORBIN MAZIE,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF NEW JERSEY,<br><br>*Defendant.* | Civil Action No. 26-00362<br><br>**OPINION AND ORDER**<br><br>June 10, 2026 |

**SEMPER**, District Judge.

**THIS MATTER** having come before this Court upon Plaintiff Aaron Corbin Mazie ("Plaintiff") filing of a complaint (ECF 1, "Complaint") and an application to proceed *in forma pauperis* (ECF 1-1, "IFP Application"), and this Court having reviewed Plaintiff's submissions; and

**WHEREAS** a district court may allow a plaintiff to commence a civil action without paying the filing fee—that is, *in forma pauperis* ("IFP")—so long as the plaintiff demonstrates that he or she is "unable to pay such fees." 28 U.S.C. § 1915(a)(1); and

**WHEREAS** a "District Court has discretion to determine whether to grant IFP" applications. *In re Kellam*, 628 F. App'x 85 (3d Cir. 2016) (citing *United States v. Holiday*, 436 F.2d 1079, 1079 (3d Cir. 1971)); and

**WHEREAS** Plaintiff claims his expenses outweigh his income "by orders of magnitude." (IFP Application at 5). Plaintiff lists his total monthly income as $2,845.00, and his rent, food, clothing, transportation, recreation, and insurance monthly costs as $2,194.00. (*Id.*) Plaintiff

1

further lists a monthly cost of $300.00 for operation of business, profession, or farm and a $5,000,000.00 monthly cost titled "DoD CAGE 8ZTL5 RELATED EXPENSES."  (*Id.*)  Yet Plaintiff does not include a required detailed attachment that provides information on these claimed expenses.  (*Id.*); and

**WHEREAS** based on Plaintiff's IFP Application, made under the penalty of perjury, the Court finds that Plaintiff's account of his expenses is not sufficiently detailed and therefore Plaintiff has not sufficiently completed his IFP Application.  The Court also notes that it is implausible that Plaintiff operates on total monthly income is $2,845.00 with monthly expenses of $5,002,494.00.

Accordingly, **IT IS** on this 10th day of June 2026,

**ORDERED** that Plaintiff's IFP Application (ECF 1-1) is **DENIED** without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** this case; and it is further

**ORDERED** that Plaintiff may file either (1) an updated IFP application correcting the deficiencies the Court notes above or (2) the $405 fee (which includes a $350 filing fee and a $55 administrative fee) within 30 days of the date of entry of this Order to reopen the case without further action from the Court; and it is finally

**ORDERED** that the Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

2